IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              No.5:19-CR-50077-002

STEPHANIE COLEMAN                                                  DEFENDANT

**O R D E R**

The defendant agreed at the arraignment on an indictment conducted this date to waive the issue of detention pending the final disposition of the case. Accordingly, the defendant is considered detained subject to reconsideration on motion of defendant.

SO ORDERED this 21st day of August 2019.

*/s/ Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES CHIEF MAGISTRATE JUDGE