AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | No. 5:19-CR-50077-002 |
| Stephanie Coleman | ) | |
| *Defendant* | ) | |

**ARREST WARRANT**

RECEIVED 2019 AUG 19 PM 1:11 U.S. MARSHALS SERVICE

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
<u>Stephanie Coleman</u>, who is accused of an offense or violation based on the following document filed with the court:

■ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
One Count of Conspiracy to Distribute Heroin, in violation of Title 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846.

Date: August 19, 2019

*Michelle McEntire*
*Issuing officer's signature*

City and state: <u>Fort Smith, Arkansas</u>

<u>Douglas F. Young, U.S. Clerk</u>
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/19/19, and the person was arrested on *(date)* 8/20/19
at *(city and state)* Bentonville, AR

Date: 8/20/19

*James Richardson, DUSM*
*Arresting officer's signature*

*Printed name and title*

Signed for TFO Blaine Miller, DEA